Exhibit "1"

Filing # 82701845 E-Filed 12/31/2018 04:14:05 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.:

GILDA DE LA CRUZ,

    Plaintiff,

v.

NORDSTROM, INC..

    Defendant.

_____/

## COMPLAINT FOR DAMAGES
## AND DEMAND FOR JURY TRIAL

The Plaintiff, Gilda De La Cruz (the "Plaintiff"), by and through her undersigned attorneys, sues the Defendant, Nordstrom, Inc. (the "Defendant") and alleges:

### COUNT 1
### (Negligence)

1. This is an action for damages exceeding $15,000.00, exclusive of interest, costs, and attorneys' fees, and is otherwise within the jurisdiction of this Court.

2. The Plaintiff is an individual residing in Palm Beach County, Florida, and is otherwise *sui juris*.

3. Nordstrom is a Washington company with its principal place of business located in Seattle, Washington and is registered to do business in the State of Florida

4. Upon information and belief, Nordstrom and its employees/agents performing the "Services" (as defined below) is/are "cosmetologist(s)" as defined by Florida Statute § 477.013(3), and "specialist(s)" as defined by Florida Statute § 477.013(5).

5. The Defendant is engaged in cosmetology as defined by Florida Statute § 477.103(4).

6.  Jurisdiction and venue are proper in Palm Beach County, Florida because, *inter alia*, the causes of action alleged herein accrued in Palm Beach County, Florida.

7.  The Defendants are subject to personal jurisdiction in Palm Beach County, Florida pursuant to, *inter alia*, Florida Statute § 48.193(1) and (2).

8.  All conditions precedent to this action have been met through performance, waiver or otherwise.

9.  The Plaintiff has retained the undersigned attorneys to represent her in this action and is obligated to pay the firm a reasonable fee for its services.

10. The Plaintiff hired the Defendant to perform a certain facial treatment for the Plaintiff (the "Services").

11. The Defendant had a duty to the Plaintiff to perform the Services in a competent, professional and safe manner.

12. The Defendant breached that duty by failing to perform the Services in a competent, professional and safe manner resulting in permanent scarring and discoloration of the Plaintiff's face.

13. As a direct and proximate cause of the Defendant's breach of that duty and failure to perform the Services in a competent, professional and safe manner, the Plaintiff has been damaged in an amount exceeding $500,000.

**WHEREFORE**, the Plaintiff demands judgment against the Defendants for damages, and such additional and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all issues so triable.

- 2 -

KPM Law Firm, P.A. | 1900 Glades Road, Suite 270 | Boca Raton, Florida 33431
Telephone: 561.544.1012 | Fax: 561.544.1014 | kevin@kpmlawfirm.com

KPM LAW FIRM, P.A.
*Counsel for the Plaintiff*
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
Telephone: 561.544.1012
Facsimile: 561.544.1014
Primary E-Mail: kevin@kpmlawfirm.com
Secondary E-Mail: service@kpmlawfirm.com
Secondary E-Mail: rose@kpmlawfirm.com


By: /s/ *Kevin P. Mason, Esq.*
    Kevin P. Mason, Esq., for the firm
    Florida Bar No: 344915

- 3 -

JAN 0 8 2019