UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-CV-80109-ROSENBERG/REINHART

GILDA DE LA CRUZ,

    Plaintiff,

v.

NORDSTROM, INC.,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal at docket entry 20. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of May, 2019.

                                                       ROBIN L. ROSENBERG
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record